W. *Louisell*, *Frank J*. *Whalen, Jr*. and *John J*. *Sloan* for respondent. 

No. 441. WESTERN PACIFIC RAILROAD CORP. ET AL. *v.* WESTERN PACIFIC RAILROAD CO. ET AL.; and

No. 463. METZGER ET AL. *v.* WESTERN PACIFIC RAILROAD CO. ET AL. C. A. 9th Cir. Certiorari denied. *Moses Lasky, Frank C. Nicodemus, Jr.* and *Norris Darrell* for petitioners in No. 441. *William E. Haudek, Julius Levy, Webster V. Clark* and *David Freidenrich* for petitioners in No. 463. *Allan P. Matthew, James D. Adams, Robert L. Lipman, Burnham Enersen* and *Walker W. Lowry* for the Western Pacific Railroad Co. et al.; and *Everett A. Mathews, A. Donald MacKinnon* and *Forbes D. Shaw* for the Western Realty Co., respondents. Reported below: 206 F. 2d 495.

No. 446. OVERMAN *v.* LOESSER. C. A. 9th Cir. Certiorari denied. *Fred H. Miller* for petitioner. *Joseph P. Loeb* for respondent. 

No. 356. CRISCO *v.* MURDOCK ACCEPTANCE CORP. ET AL. Supreme Court of Arkansas. Certiorari denied. *T. J. Gentry* and *Tilghman E. Dixon* for petitioner. *Lowell W. Taylor* and *E. L. McHaney, Jr.* for respondents. 

No. 428. TEETS, WARDEN, ET AL. *v.* THOMAS. C. A. 9th Cir. Certiorari denied. MR. JUSTICE REED and MR. JUSTICE JACKSON are of the opinion certiorari should be granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Charles E. McClung,* Deputy Attorney General, for petitioners.